No. 755.  GOLDSTEIN ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  *Paul T. Smith* for petitioners.  *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 760.  FORSTER, ASSIGNEE, *v.* SAUBER, DISTRICT DIRECTOR OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.  *Charles L. Byron* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Fred E. Youngman* for respondent.

No. 764.  EISINGER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.  Petitioners *pro se.*  *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.

No. 772.  MARZEC *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Ellis N. Slack* and *Joseph A. Struett* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 783.  SPEED ET AL. *v.* CITY OF TALLAHASSEE, FLORIDA.  Circuit Court of Florida, Second Judicial Circuit.  Certiorari denied.  *Thurgood Marshall* and *Constance Baker Motley* for petitioners.  *Leo L. Foster* for respondent.

No. 344, Misc.  GONZALEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.